JS 44 (Rev. 12/11) District of Colorado Form

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
KENNETH R. ZARTNER

**DEFENDANTS**
CITY AND COUNTY OF DENVER, COLORADO et al

(b) County of Residence of First Listed Plaintiff: DENVER
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant: _____
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

(c) Attorneys *(Firm Name, Address, and Telephone Number)*
Brice A. Tondre, 215 S. Wadsworth Blvd. #500, Lakewod, CO 80226
303-296-3300

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION
[X] 3 Federal Question (U.S. Government Not a Party)

## III. CITIZENSHIP OF PRINCIPAL PARTIES
(For Diversity Cases Only)

## IV. NATURE OF SUIT
[X] 440 Other Civil Rights

## V. ORIGIN
[X] 1 Original Proceeding

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing: 42 U.S.C. §1983
Brief description of cause: Violation of the Fourth and Fourteenth Amendments.

## VII. REQUESTED IN COMPLAINT:
DEMAND $ unspecified
JURY DEMAND: [X] Yes  [ ] No

DATE: October 6, 2015
SIGNATURE OF ATTORNEY OF RECORD: /s/ Brice A. Tondre